# EXHIBIT B

# PROTOCOL OF DELIVERY AND ACCEPTANCE

## "RIDGEBURY PURPOSE"

RIDGEBURY MIKE LLC of Majuro, Marshall Islands (the "**Sellers**") do hereby deliver at the port of  Khorfakkan at 10:00 hours (local time) on the 22nd day of August, 2020 to STRIBOG LIMITED of Hong Kong (the "**Buyers**"), the m/v RIDGEBURY PURPOSE registered under the Marshall Islands flag at the Port of Majuro, IMO No: 9180164 (the "**Vessel**") and all the rights, title, ownership and interests thereto together with her boats and appurtenances, in accordance with a Memorandum of Agreement dated May 29, 2020 (as amended or supplemented from time to time, the "**MOA**"), entered into between the Sellers, as sellers, and the Buyers, as buyers, free and clear from all claims, charters, encumbrances, mortgages, and maritime liens or any other debts whatsoever.

The Buyers do hereby accept delivery and title of and to the Vessel pursuant to the provisions of the MOA on the date and time and place stated above.

The Sellers:  
RIDGEBURY MIKE LLC

By: _____  
Name: *Seah Wei Loong, Matthew Linton*  
Title:   Attorney-in-fact

The Buyers:  
STRIBOG LIMITED

By: _____  
Name: HENRY TERENCE DAVIS GOFF.  
Title:   Attorney-in-fact

SK 28156 0012 8592001 v1



# REPUBLIC OF THE MARSHALL ISLANDS
## MARITIME ADMINISTRATOR

1500 Broadway, Suite 2001, New York, New York 10036-4034
TELEPHONE: +1-212-486-0042   FAX: +1-212-486-5313
EMAIL: newyork@register-iri.com   WEBSITE: www.register-iri.com

28 August 2020

Sophia Agathis
Seward & Kissel LLP
One Battery Park Plaza
New York, New York
10004

Re: m.s. RIDGEBURY PURPOSE, OFFICIAL NUMBER 6394

Dear Ms. Agathis:

    Enclosed herewith is the original of a Certificate of Cancellation of Registry of Marshall Islands Vessel, certifying that the above mentioned vessel has been stricken from Marshall Islands Registry and Flag because it was sold to Stribog Limited of Hong Kong for transfer to the Registry and Flag of Panama.

Sincerely,

Christine Kahler
Deputy Commissioner
on behalf of the Maritime Administrator

Encl: As stated



# REPUBLIC OF THE MARSHALL ISLANDS
## MARITIME ADMINISTRATOR

## CERTIFICATE OF CANCELLATION OF REGISTRY OF MARSHALL ISLANDS

| Name of Vessel: | Official Number: | Call sign: | Gross Tonnage: | Net Tonnage: |
|---|---|---|---|---|
| RIDGEBURY PURPOSE | 6394 | V7MP8 | 160,216 | 105,889 |

| Type of Vessel: | Year Built: | Place Built: | Certificate of Registry and Date: |
|---|---|---|---|
| CRUDE OIL TANKER | 2000 | SOUTH KOREA | 433-16 23-JUN-2016 |

| Name of Registered Owner(s): | Domicile of Registered Owner(s): |
|---|---|
| RIDGEBURY MIKE LLC | MAJURO, MARSHALL ISLANDS |

**Reason for Cancellation of Registry:**

SALE TO STRIBOG LIMITED OF HONG KONG FOR TRANSFER TO THE REGISTRY AND FLAG OF PANAMA.

Pursuant to the authority contained in the Maritime Law of the Republic of the Marshall Islands as amended, it is hereby certified that the herein described vessel has been cancelled from the Marshall Islands Register of Ships as of the 22 day of August, 2020.

Issued under my hand and seal at

NEW YORK, NEW YORK, U.S.A.

on this 28 day of August, 20 20

MARITIME ADMINISTRATOR

By: _____
Christine Kahler
Deputy Commissioner

MI-123 (Rev. 9/24/13)